# United States Court of Appeals
# for the Fifth Circuit

---

No. 25-40580
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**
June 4, 2026

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Jose Ramos-Lerma,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:25-CR-425-9

---

Before Stewart, Graves, and Oldham, *Circuit Judges*.

Per Curiam:[*]

Jose Ramos-Lerma pleaded guilty to assaulting, resisting, or impeding certain officers or employees in violation of 18 U.S.C. §§ 111(a)(1) and 2. He challenges his conviction on appeal. The Government contends that Ramos-Lerma expressly limited the scope of the appeal to his sentence, and he has

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-40580

therefore waived the challenge to his conviction.  We agree.  *See United States v. Mendez-Lozano*, 169 F.4th 605, 606-07 (5th Cir. 2026).

APPEAL DISMISSED.